DOWNEY BRAND LLP
JANLYNN R. FLEENER (Bar No. 169385)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:  (916) 444-1000
Facsimile:  (916) 444-2100
jfleener@downeybrand.com

Attorneys for Defendant
THE GOLDEN 1 CREDIT UNION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. SCHLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>THE GOLDEN ONE CREDIT UNION, an entity of unknown form;<br>BANK OF AMERICAN, an entity of unknown form;<br>RECONTRUST COMPANY, N.A., an entity of unknown form;<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., an entity of unknown form;<br>BAC HOME LOANS SERVICING, L.P., an entity of unknown form;<br>T.D. SERVICE COMPANY, an entity of unknown form; and<br>DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.  2:10-00823-JAM-KJN<br><br>Hon. John A. Mendez, Courtroom 6<br><br>**JOINT STIPULATED APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**<br><br>Complaint Filed:  February 18, 2010<br>Trial Date:  None |

**STIPULATED APPLICATION FOR EXTENSION OF TIME
TO RESPOND TO FIRST AMENDED COMPLAINT**

Pursuant to Local Rules 83-143 and 6-144, plaintiff DONALD L. SCHLEY ("Plaintiff") and Defendant THE GOLDEN 1 CREDIT UNION ("Golden 1") hereby stipulate and agree to extend the time for the Golden 1 to respond to Plaintiff's First Amended Complaint in the above-

PDF created with pdfFactory trial version www.pdffactory.com

1 entitled action, and apply for an order from the court granting said extension.

2 This application and stipulation is based on the following facts:

3 Plaintiff filed his original complaint in Sacramento County Superior Court on February 18, 2010 against Golden 1, Bank of America, ReconTrust Company, Mortgage Electronic Registration Systems, Inc., BAC Home Loans Servicing and T.D. Service Company. On or about April 8, 2010, the Bank of America defendants removed the case to the United States District Court for the Eastern District of California. The Bank of America defendants then filed a Motion to Dismiss. On or about May 12, 2010, Golden 1 also filed a Motion to Dismiss.

9 Plaintiff has now filed voluntary dismissals of all defendants *except* the Golden 1. And on or about May 19, 2010, Plaintiff filed a First Amended Complaint against the Golden 1. As a result of Plaintiff's filings, the Court vacated the hearings on defendants' motions to dismiss.

12 On or about May 25, 2010, Plaintiff filed a motion entitled "Motion for Federal Court Abstention and for Remand to State Court." The motion is set for hearing on July 7, 2010.

14 The Golden 1's response to Plaintiff's First Amended Complaint is due before Plaintiff's Motion for abstention and remand will be heard. But given that that motion is pending, the parties agree that the motion should be heard and decided before the Golden 1 files a responsive pleading. So, the parties desire to extend the Golden 1's deadline to file a response to Plaintiff's First Amended Complaint until after the Court rules on Plaintiff's Motion for abstention and remand.

20 Therefore, Plaintiff and the Golden 1, by and through their undersigned counsel, HEREBY STIPULATE AND AGREE that Golden 1 shall have an extension of time to respond to the First Amended Complaint until ten days after the hearing on Plaintiff's motion for abstention and remand. The motion is set for hearing on July 7, 2010, and thus the parties stipulate and agree to an extension until July 17, 2010. The Golden 1's response is currently due June 7, 2010. Because the parties are seeking to stipulate to an extension of more than 30 days, court approval for the extension is required under Local Rule 6-144(a).

DOWNEY BRAND LLP

1081414.1

2

JOINT STIPULATED APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  June 7, 2010					LAW OFFICES OF DAVID M. TRAPANI


							By:	*/s/ DAVID M. TRAPANI*
								DAVID M. TRAPANI
								Attorney for Plaintiff
								DONALD L. SCHLEY


DATED:  June 7, 2010					DOWNEY BRAND LLP


							By:	*/s/ JANLYNN R. FLEENER*
								JANLYNN R. FLEENER
								Attorney for Defendant
								THE GOLDEN 1 CREDIT UNION


## **ORDER**

The parties' joint stipulated application for extension is GRANTED.  Defendant the Golden 1 Credit Union shall have an extension until, and including, July 17, 2010, to file a response to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

DATED:  June 7, 2010


						/s/ John A. Mendez
						HONORABLE JOHN A. MENDEZ

1081414.1

3

JOINT STIPULATED APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER

PDF created with pdfFactory trial version www.pdffactory.com