David M. Trapani, Esq.(SBN:131987)
Law Offices of David M. Trapani
2222 Francisco Dr. Bldg. 510-126
El Dorado Hills, CA 95762
Telephone: (916) 939-2294

Attorneys for Plaintiff DONALD L. SCHLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. SCHLEY,<br><br>            Plaintiff,<br><br>v.<br><br>THE GOLDEN 1 CREDIT UNION, an entity of unknown form; RECONTRUST COMPANY, N.A., an entity of unknown form, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., an entity of unknown form; T.D. SERVICE COMPANY, an entity of unknown form, and DOES 1 through 100, inclusive,<br><br>           Defendant(s). | Case No.: 2:10-CV-00823-JAM-KJN<br><br>Hon. John A. Mendez, Ctrm. 6<br><br>**STIPULATION TO ADVANCE AND SHORTEN TIME ON HEARING FOR PLAINTIFF'S MOTION FOR FEDERAL COURT ABSTENTION AND FOR REMAND TO STATE COURT AND STIPULATION TO REMAND TO STATE COURT; ORDER**<br>**[28 USC §§1447 (c); 1369 (b)]**<br><br>Date:    June 15, 2010<br>Time:    9:30 a.m.<br>Dept.:   6<br>Judge:   Hon. John A. Mendez<br>Filed:   February 18, 2010<br>Removal Filed: April 7, 2010<br>Trial:   None Set |

COME NOW PLAINTIFF DONALD L. SCHLEY ("Schley") by and through his counsel of record David M. Trapani, Esq. of the Law Offices of David M. Trapani and DEFENDANT THE GOLDEN 1 CREDIT UNION ("Golden 1"), by and through its counsel of record Janlynn Fleener, Esq. of Downey Brand who hereby agree and stipulate as follows:

1

STIPULATION RE: MOTION FOR FEDERAL COURT ABSTENTION AND FOR REMAND TO STATE COURT - ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Schley's Motion to Abstain and Remand to State Court may be heard on shortened time and the hearing on said motion may be heard on or before June 16, 2010;

Schley and Golden 1 hereby agree and stipulate that this action should be remanded forthwith to Sacramento County Superior Court where it was originally filed and venued.

Date:_____          Law Offices of David M. Trapani

                                         By:_____
                                           /S/David M. Trapani
                                               Attorney for Plaintiff
                                               DONALD L. SCHLEY

Date:_____          Downey Brand

                                         By:_____
                                           /S/Janlynn Fleener
                                             Attorney for Defendant
                                             THE GOLDEN 1 CREDIT UNION

STIPULATION RE: MOTION FOR FEDERAL COURT ABSTENTION AND FOR REMAND TO STATE COURT - ORDER

PDF created with pdfFactory trial version www.pdffactory.com

David M. Trapani, Esq.(SBN:131987)
Law Offices of David M. Trapani
2222 Francisco Dr. Bldg. 510-126
El Dorado Hills, CA 95762
Telephone: (916) 939-2294

Attorneys for Plaintiff DONALD L. SCHLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. SCHLEY,<br><br>    Plaintiff,<br><br>v.<br><br>THE GOLDEN 1 CREDIT UNION, an entity of unknown form; RECONTRUST COMPANY, N.A., an entity of unknown form, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., an entity of unknown form; T.D. SERVICE COMPANY, an entity of unknown form, and DOES 1 through 100, inclusive,<br><br>    Defendant(s). | Case No.: 2:10-CV-00823-JAM-KJN<br><br>Hon. John A. Mendez, Ctrm. 6<br><br>**ORDER RE: STIPULATION ON PLAINTIFF'S MOTION FOR FEDERAL COURT ABSTENTION AND FOR REMAND TO STATE COURT**<br>**[28 USC §§1447 (c); 1369 (b)]**<br><br>Date:    June 15, 2010<br>Time:    9:30 a.m.<br>Dept.:   6<br>Judge:   Hon. John A. Mendez<br>Filed:   February 18, 2010<br>Removal Filed: April 7, 2010<br>Trial:   None Set |

The Court having read and considered the stipulation of Plaintiff DONALD L. SCHLEY ("Schley") and Defendant THE GOLDEN 1 CREDIT UNION ("Golden 1") by and through their counsel of record; and for good cause shown;

3

STIPULATION RE: MOTION FOR FEDERAL COURT ABSTENTION AND FOR REMAND TO STATE COURT - ORDER

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby ordered that Schley's motion to abstain and remand this action to State Court is hereby granted.  No hearing is needed.

Dated: June 15, 2010                    IT IS SO ORDERED.

                                        /s/ John A. Mendez_____
                                        Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com